## PARKER *v.* THE STATE.

BECK, P. J. The law of voluntary manslaughter was not involved in this case either under the evidence or the defendant's statement, and it was not error for the court to give no charge upon this subject.

*Judgment affirmed. All the Justices concur.*

No. 5727. JANUARY 11, 1927.

Murder. Before Judge Searcy. Pike superior court. October 22, 1926.

*D. L. Hall,* for plaintiff in error.

*George M. Napier, attorney-general, E. M. Owen, solicitor-general,* and *T. R. Gress, assistant attorney-general,* contra.

---

Homicide, 30 C. J. p. 398, n. 39; p. 414, n. 79.